In the Interest of: D.S.

W.R.S., Natural Father, Appellant.

Juvenile Officer, Respondent.

No. WD 46484.

Missouri Court of Appeals,
Western District.

May 4, 1993.

Motion for Rehearing and/or Transfer to
Supreme Court Denied June 29, 1993.

Application to Transfer Denied
Aug. 17, 1993.

Christopher R. Williams, Walker &
Williams, Kansas City, for appellant.

Mary A. Marquez, Kansas City, for respondent.

Dale Godfrey, Kansas City, for guardian
ad litem.

Before SHANGLER, P.J., and
TURNAGE and KENNEDY, JJ.

### ORDER

PER CURIAM:

Appeal from judgment terminating parental rights pursuant to § 211.447, RSMo
Cum.Supp.1990.   Judgment   affirmed.
Rule 84.16(b)